UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-22682-CR-ALTONAGA

**M&M PRIVATE LENDING GROUP, LLC**,

    Plaintiff,

vs.

**JBBA HOLDINGS LLC**, *et al.*,

    Defendants.

_____/

**ORDER**

**THIS CAUSE** came before the Court on Magistrate Judge Lauren F. Louis's Report and Recommendation [ECF No. 9], entered on July 15, 2025, recommending this foreclosure action be remanded to state court. Defendants have filed no objections to the Report, and the time to object has passed. When a magistrate judge's "disposition" has properly been objected to, district courts must review the disposition *de novo*. Fed. R. Civ. P. 72(b)(3). When no objection is made, as here, the Report need only be reviewed for clear error. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006) (citations omitted). Finding no clear error in the Report, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation **[ECF No. 9]** is **AFFIRMED**. Plaintiff's Motion for Remand **[ECF No. 4]** is **GRANTED**. The Clerk shall remand this action to the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

**DONE AND ORDERED** in Miami, Florida, this 30th day of July, 2025.

                                                                  **CECILIA M. ALTONAGA**
                                                                  **CHIEF UNITED STATES DISTRICT JUDGE**